## GLOBE INDEMNITY CO. v. ROE.

District Court, S. D. New York.
Jan. 27, 1941.

762

David Harrison, of New York City, for judgment-creditor.

Foley & Martin, of New York City, for judgment-debtor.

COXE, District Judge.

I can find no warrant for the procedure of this motion. The writ of execution did not run to this district. 28 U. S.C.A. §§ 838, 839. Neither is the procedure authorized by Rule 69, 28 U.S.C.A. following section 723c. If the judgment creditor desires to avail itself of the machinery here, it should sue on the judgment.